IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
|        Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | Case No. 1:21-cr-170 |
| Javonte Jones, ) | |
|        Defendant. ) | |

Defendant was previously ordered detained pending trial. He is being housed by the United States Marshal at the Washington County Jail in Akron, Colorado. On March 22, 2022, he filed a pro se "Motion to Receive a Drug Evaluation." (Doc. No. 111). He asks the court authorize a substance abuse evaluation for him at C & K Counseling in Bismarck, North Dakota.

The court appreciates defendant's stated desire to address his substance abuse issues. However, the court is not inclined authorize a substance evaluation for him at this time. First, the court cannot ascertain whether defendant has contacted C & K Counseling to arrange for an evaluation. Second, assuming that defendant had made such arrangements, it is unclear where or when the evaluation could be conducted. Defendant is in Colorado. C & K Counseling is in Bismarck. Third, the court is not obligated to entertain pro se motions that are filed by a represented party. See United States v. Pate, 754 F.3d 550, 553 (8th Cir. 2014); Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001). Defendant is represented by court-appointed counsel and so should therefore look to counsel before taking it upon himself to file motions. Accordingly, defendant's motion (Doc. No. 111) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2022.

                                                 /s/ Clare R. Hochhalter
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court